LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Petitioner
DIALLO SAMBA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIALLO SAMBA,

      Petitioner,

vs.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER, et al.,

      Respondents.

Case No.: 1:26-cv-03584 MWJS

STIPULATION AND ORDER TO DISMISS
PETITION WITHOUT PREJUDICE

The parties to this action, Petitioner Diallo Samba, by and through his appointed counsel

Todd D. Leras, and Respondents, by and through Assistant United States Attorney Michael

Tierney, stipulate as follows:

1.   Diello Samba filed this pro se Petition challenging his detention pending deportation

     proceedings pursuant to 28 U.S.C. § 2241 on May 11, 2026 (ECF Document 1;

     hereafter referred to as the "Pro Se Petition").

STIPULATION AND
ORDER DISMISSING CASE

2. This Court issued an order directing the appointment of counsel (ECF Entry 3) on May 11, 2026.  The Federal Defender's Office for the Eastern District of California then notified the Court of the appointment of Attorney Todd D. Leras to represent Mr. Samba as to the Pro Se Petition on May 18, 2026 (ECF Entry 6).

3. On May 15, 2026, Attorney Janice Deaton of the Immigration Defenders Law Center, 634 South Spring Street, 10th Floor, Los Angeles, California 90014, filed a Petition for Writ of Habeas Corpus in the Eastern District of California – Case No. 1:26-cv-3726 KES-EPG; hereafter referred to as the "Attorney-Prepared Petition").  The Attorney-Prepared Petition duplicates and expands upon the grounds for relief set out in the Pro Se Petition.

4. On May 26, 2026, Assistant United States Attorneys Michael Tierney and Elisa Rodriguez notified Attorneys Todd Leras and Janice Deaton via email about the existence of the separate filings in the Pro Se Petition and the Attorney-Prepared Petition.

5. Attorneys Leras and Deaton thereafter conferred about the separate filings, agreeing that dismissal of the Pro Se Petition appeared to be appropriate given the nearly simultaneous filing of the Attorney-Prepared Petition.

6. Attorney Deaton notified the government via email of the election to proceed solely on the Attorney-Prepared Petition.

7. Petitioner Diello Samba therefore moves to dismiss this Pro Se Petition without prejudice.  Respondents do not oppose the request.  Petitioner intends to proceed at this time solely with the Attorney-Prepared Petition (Case ending 3726).

STIPULATION AND
ORDER DISMISSING CASE

Assistant U.S. Attorney Michael Tierney has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it electronically on his behalf.

DATED:  June 4, 2026

By ___/s/ *Michael Tierney*___
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Respondents

DATED:  June 4, 2026

By ___/s/ *Todd D. Leras*___
TODD D. LERAS
Attorney for Petitioner
DIELLO SAMBA

STIPULATION AND
ORDER DISMISSING CASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Petition in Case Number 1:26-cv-03584 MWJS is dismissed without prejudice.  The appointment of Attorney Todd D. Leras to represent Petitioner is terminated.

APPROVED AS TO FORM.

DATED:  June 4, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

HON. MICAH W.J. SMITH
UNITED STATES DISTRICT JUDGE

STIPULATION AND
ORDER DISMISSING CASE